

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2017

<u>By ECF</u>

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
               <u>Criminal Docket No. 09-744 (JBW)</u>

Dear Judge Weinstein:

      The government respectfully submits this letter to notify the Court that the undersigned Assistant United States Attorney will no longer represent the government in this case. Assistant United States Attorney Matthew Amatruda will file a notice of appearance in this matter. We request that the docket reflect this change.

      Respectfully submitted,

      BRIDGET ROHDE
      Acting United States Attorney

By:    /s/ James P. Loonam
      James P. Loonam
      Assistant U.S. Attorney
      (718) 254-7520

cc:    Defense Counsel (by ECF)